In the United States District Court
For: J. Caleb Boggs Federal Building


APR 29 2008

Duane A Urban

V.

Howard R Young Correctional Institute,
Cpt. Berggrun, Sgt Moody, C.O. Norris,
C.O. Sharma, C.O. Praig, C.O. Jhonson,
C.O. Austin, C.O. Cox, C.O. Peirce,
C.O. Stroup, C.O. Page
Mental health commitee
medical commitee

Request to Proce[ed]
In forma pauperi[s]

Civil Action
No. 08-260-GMS

FILED
MAY 22 2008

Please Take Notice, that upon the declaration
[or affidavit or affirmation] of Duane Urban, sworn
to on the 28 day of April, 2008, a motion will be made
at a term of this court, for an order permitting
plaintiff to pursue this action as a poor person, upon
the ground that said plaintiff has insufficient income
and property to enable him to pay costs, fees, and
expenses to pursue said action, and for such other
and further relief as this court may deem just and
proper.

Signed this 28 day of April, 2008

Duane Urban

To:
clerk
United States District Court
For: J. Caleb Boggs Federal Building

In the United States District Court
for: J. Caleb Boggs Federal Building

DUANE R. URBAN

V.

Howard R Young Correctional Institute,
Cpt. Berggrun, Sgt. Moody, C.O. Norris,
C.O. Sharma, C.O. Praig, C.O. Jhonson,
C.O. Austin, C.O. Cox, C.O. Peirce,
C.O. Stroup, C.O. Page,
Mental Health Commitee
Medical Comitee

I, Duane Urban, am the petitioner/plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees or costs or give security therefore, I state that because of my poverty I am unable to pay the costs of the said proceeding or to give security therefore, I am entitled to redress.

I declare that the responses I made below are true

1. I am unemployed and have no employer

2. I have never been employed

In the United States District Court
for: J. Caleb Boggs Federal Building

---

DUANE R URBAN

V.

Howard R Young Correctional Institute
Cpt. Berggron, Sgt. Moody, C.O. Norris,
C.O. Sharma, C.O. Praig, C.O. Jhonson,
C.O. Austin, C.O. Cox, C.O. Peirce,
C.O. Stroup, C.O. Page,
Mental health commitee
Medical commitee

---

3. Have you ever in the past 12 months recieved money fr
 (A) Business, profession, or form of self-employment? No
 (B) Rent payments, intrest, dividends? No
 (C) Pensions, annuities, or life insurance payments? No
 (D) Gifts or inheritances? No
 (E) Any form of public assistance? No
 (F) Any other sources? No

4. Do you have any cash or do you have any money in checking or savings account? Include any funds in prison acconts  No

5. Do you own any real estate, stock, bonds, notes, automobiles or other valuable property (including ordinary household furnishings or clothing? No

In the United States District Court
For: J. Caleb Boggs Federal Building

DUANE R. URBAN

v.

Howard R Young Correctional Institute
Cpt. Berggrun, Sgt. Moody, C.O. Norris,
C.O. Sharma, C.O. Praig, C.O. Jhonson,
C.O. Austin, C.O. Cox, C.O. Peirce,
C.O. Stroup, C.O. Pane
Medical Health Committee
Medical Employee

I understand that a false statement or answer to any questions in this declaration will subject me to the penalties of prejury.

I declare under penalty of prejury that the foregoing is true and correct.

Signed the 28 day of April 2008

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
Social security number          signature
5-29-1988                       Duane Urban
Date of Birth

Duane Urban soi 468622
HRYCI
P.O.Box 9561
Wilm, DE 19809

WILMINGTON DE 197
28 APR 2008 PM 3 T

J. Caleb Boggs Federal Building
844 N. King Street
Lock Box 18
Wilmington, DE 19801