In the United States District Court
For: J. Caleb Boggs Federal Building
DUANE R. URBAN
BRIAN SMITH

V.

Howard R. Young Correctional Institute
Captain Berggrun
Sgt. Moody
C.O. Norris
C.O. Sharma
C.O. Praig
C.O. Jhonson
C.O. Austin
C.O. Cox
C.O. Peirce
C.O. Stroup
C.O. Page
Mental health commitee
medical commitee

APPLICATION for Appointment of Counsel
No. 08-260-GMS



RECEIVED
APR 29 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

FIL
MAY 2 2
U.S. DISTRICT CO.

Duane R. Urban  1301 East 12th Street Wilmington, DE 19...

I need legal representation because § 1983 claim involv... complex legal issues that are difficult to understand an... litigate non-lawyers.

I am not able to afford an attorney due to no funds.

In the United States District Court
For: J. Caleb Boggs Federal Building
DUANE R. URBAN
BRIAN Smith

V.

Howar R young correctional institute
Cpt. Burggrun, Sgt. Moody, C.O. Norris,
C.O. Sharma, C.O. Praig, C.O. Jhonson,
C.O. Austin, C.O. Cox C.O. Peirce,
C.O. Stroup, C.O. Page,
Mental health Commitee,
medical cmitee

Application for Appointment of Counsel

No. 08-260-GMS

I declare under penalties of prejury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself or elsewhere, that I can afford a lawyer, the lawyer may give this information to the court.

I understand that if my answers on my application to proceed in Forma Pauperis [or Affidavit in Support of Application for Appointment of Counsel] are false, my case can be dismisse

I understand that making this application does not excuse me fr litigating my case, and that it is still my responsibility to hav the defendants served with a summons and complaint, if I h

In the United States District Court
For: J. Caleb Boggs Federal Building
DUANE R. URBAN

V.

Howard R Young Correctional Institute
Cpt. Burggrun, Sgt. Moody, C.O. Norris,
C.O. Sharma, C.O. Praig, C.O. Jhonson,
C.O. Austin, C.O. Cox, C.O. Peirce,
C.O. Stroup, C.O. Page
Mental health commitee
Medical commitee

Application For Appointment of Counsel

No. 08-260-GMS

Dated: _____

_Duane Urban_
Signature

_[signature]_
Signature



Diane Urban #468422
HRYCI
P.O. Box 9561
Wilm, DE 19809

WILMINGTON DE 197
28 APR 2008 PM 3 T

J. Caleb Boggs Federal Building
844 N. King Street
Lock Box 18
Wilmington, DE 19801